# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

Joanne P. Ross, on behalf of herself and )
All others similarly situated, ) CIVIL NO. 12-2707 (DWF/SER)
)
                Plaintiff, )
)
vs. )
)
New England Compounding )
Pharmacy, Inc., d/b/a New )
England Compounding Center, )
)
                Defendant )

_____

## APPEARANCE OF KIM M. SCHMID, ALANA K. BASSIN, MOLLY J. GIVEN, AND JENNIFER L. BULLARD

    Please enter the Appearance of Kim M. Schmid, Alana K. Bassin, Molly J. Given, and Jennifer L. Bullard of Bowman and Brooke LLP as counsel on behalf of Defendant, New England Compounding Pharmacy, Inc.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
     Kim M. Schmid (#1030600)
     Alana K. Bassin (#266589)
     Molly J. Given (#0387713)
     Jennifer L. Bullard (#0391210)
     150 South Fifth Street, Suite 3000
     Minneapolis, MN 55402
     Telephone:   612.672.3229
     Facsimile:    612.672.3200
     kim.schmid@bowmanandbrooke.com
     alana.bassin@bowmanandbrooke.com
     molly.given@bowmanandbrooke.com
     jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING*
*PHARMACY, INC. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*