# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

Joanne P. Ross, on behalf of herself and
All others similar situated,    )   CIVIL NO. 12-2707 (DWF/SER)

        Plaintiff,

vs.

New England Compounding
Pharmacy, Inc., d/b/a New
England Compounding Center,

        Defendant
_____

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

### BOWMAN AND BROOKE LLP

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:   612.672.3200
kim.schmid@bowmanandbrooke.com

alana.bassin@bowmanandbrooke.com  
molly.given@bowmanandbrooke.com  
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*

## CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:    612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*